■ In the Matter of COMMON SCHOOL DISTRICTS NOS. 13 and 16, TOWN OF JOHNSTOWN, Petitioners, v. FRANCIS W. McGINLEY et al., Constituting a Committee of the Board of Regents, Respondents. — Order confirmed, without costs. (See *Matter of Saslaw* v. *Board of Regents of State of N. Y.*, 37 A D 2d 744, mot. for lv. to app. den. 29 N Y 2d 488.) Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ., concur.